GAM 35
(Rev. 2/06)

**Report and Order Regarding Termination of Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**JOHNTAVIOUS JOHNSON**

Crim. No. 1:18-CR-27-004(LAG)

On December 6, 2024, the supervised release period of 36 months commenced. Johntavious Johnson is commended for his adjustment on supervised release; however, after considering the 18 U.S.C. § 3553(a) factors in this case, the U.S. Probation Office submits early termination is not warranted or in the interest of justice. It is accordingly recommended that the *Motion for Early Termination of Supervised Release*, filed December 30, 2025, be denied.

Respectfully submitted,

Jennifer Fowler

Jennifer T. Fowler
Drug and Alcohol Treatment Specialist

## ORDER OF COURT

The Court has reviewed the *Motion for Early Termination of Supervised Release* and the recommendation of the United States Probation Office for the Middle District of Georgia; has examined the record in this case; and has considered the factors found at 18 U.S.C. § 3553(a). The Court finds that early termination of supervised release is not warranted; thus, the *Motion for Early Termination* is **DENIED**.

Dated this 31st day of July, 2026.

Leslie Abrams Gardner

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE